[No. 24443-1-III.   Division Three.   February 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS AVERY McCULLOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00393-1, Salvatore F. Cozza, J., entered August 22, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 24489-0-III.   Division Three.   February 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROB JOSEPH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00655-6, Dennis D. Yule, J., entered August 9, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 24516-1-III.   Division Three.   February 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICKA LYNN HELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02212-7, Salvatore F. Cozza, J., entered September 9, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 33366-0-II.   Division Two.   February 7, 2007.]

BRYON WILLIAMS, *Respondent*, v. DAVID D. DAVIES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-11054-7, Beverly G. Grant, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.